UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:20-cr-00048-D-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **ORDER TO SEAL** |
| ANDRE TOON | |

On motion of the Defendant, Andre Toon, and for good cause shown, it is hereby ORDERED that [DE 34] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This _12_ day of January, 2021.

JAMES C. DEVER III
United States District Judge